IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP NEGRON, ) | CASE: 12cv3288 |
|     PLAINTIFF, ) | JUDGE LEINENWEBER |
|     v. ) | MAG. JUDGE GILBERT |
| VILLAGE OF MELROSE PARK, ) | |
| JOHN SCATCHELL, Ind. Cap., ) | |
| SAM PITASSI, Ind. Cap., ) | |
|     DEFENDANTS. ) | |

**PLAINTIFF'S MOTION FOR CLARIFCATION & REQUEST FOR LEAVE TO FILE THE ATTACHED PROPOSED COMPLAINT**

NOW COMES Plaintiff, through counsel, Christopher C. Cooper, and seeks clarification of the Minute Order, Doc. 32.

(1)  Plaintiff filed bankruptcy.

(2)  All but one claim in the above captioned matter is pre- petition.

(3)  Counsel for the Trustee has filed an appearance in the above captioned matter. Trustee desire to keep the case caption "as is."

(4)  The Trustee has hired the undersigned along with Attorney David Sigale to represent the Estate in the above captioned matter.

(5)  Plaintiff understands that his Estate owns Pre-Petition claims.

(6)  Plaintiff seeks to amend pursuant to the Court's February 13, 2013 order; however, not just to add with counts for non-monetary relief; but, as well to maintain his counts for monetary relief and to add one post-petition claim.

(7)  Since the minute order reads:   "...Cause dismissed without prejudice and with leave to re-file and limit the prayer for non monetary relief. Civil case terminated. Mailed

1

notice(wp, ),"  Plaintiff's counsel consulted with counsel for the Trustee, then felt it was proper to seek clarification from the Court [first]; rather, than filing a Second Amended Complaint which--- goes outside of the limits of the minute order--- and includes counts for monetary relief, counts for non-monetary relief and one post-petition claim.  Attached to this motion is Plaintiff's proposed Second Amended Complaint.

Respectfully Submitted,
s\Christopher C. Cooper, ESQ., One of the Attorneys for the Plaintiff & the Estate

DATED:  February 28, 2013
Law Office of Christopher Cooper, Inc.
500 N. Michigan Ave, Suite 1514, Chicago, IL 60611 [or]
3620 W. 80th Lane, Merrillville, IN 46410
Tel: 312 371 6752  FAX: 866 334 7458   E-Mail: cooperlaw3234@gmail.com

CERTIFICATE OF SERVICE:  The undersigned affirms that he filed the foregoing on ECF on February 28, 2013 and that Defendants are registered e-filers. s\Christopher C. Cooper