IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEX D. MOGLIA, not individually but as Chapter 7 TRUSTEE of the Bankruptcy Estate of Phillip Negron, PHILLIP NEGRON, </br></br>    Plaintiff, </br></br>  v. </br></br>VILLAGE OF MELROSE PARK, JOHN SCATCHELL, Ind. Cap., SAM PITASSI, Ind. Cap., </br></br>    Defendants. | Case No. 12 CV 3288 </br></br> Honorable Harry D. Leinenweber |

**DEFENDANTS' MOTION FOR A SEALING ORDER
AND TO FILE EXHIBITS CONVENTIONALLY**

NOW COME Defendants, VILLAGE OF MELROSE PARK, JOHN SCATCHELL and SAM PITASSI, by and through their attorneys, MICHAEL D. BERSANI and ANTHONY G. BECKNEK of HERVAS, CONDON & BERSANI, P.C., and pursuant to Local Rule 26.2 and 5.8, move this court for leave to file two exhibits to their Reply in support of their Motion for Summary Judgment conventionally and for leave to file a sealing order with regard to the exhibits previously identified as confidential.

1. Defendants have filed a Reply in support of their Motion for Summary Judgment, and a response to Plaintiff's Rule 56 Statement of Additional Facts.

2. In support of the latter, Defendants have identified an investigative report (Exhibit A) and a CD (Exhibit B) that is marked CONFIDENTIAL pursuant to the Agreed Confidentiality Order entered by this Court on November 27, 2012 (d/e 22).

3.  Pursuant to the Agreed Confidentiality Order, any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with LR 26.2 (d/e 22).

4.  Under Local Rule 26.2, the court may for good cause shown enter an order directing that one or more documents be filed under seal.

5.  Under the local rule 26.2 (d), documents requiring the court's review shall be submitted to chambers in camera in a sealed envelope bearing the caption of the case, case number, the title of the motion or response to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents. The producing party shall maintain the original documents intact for any further review. A redacted copy of all documents containing confidential information shall be filed with the clerk of court for the record.

6.  Defendants have filed this motion for sealing order prior to the filing of a confidential exhibit (Exhibit A, a CD containing a surveillance video of the incident regarding Plaintiff's allegation that Officer Michael Lichter struck a pedestrian, and the investigative report by the Melrose Park Police Department concerning that incident) under seal and have noticed the motion for presentment.

WHEREFORE, Defendants VILLAGE OF MELROSE PARK, JOHN SCATCHELL and SAM PITASSI respectfully request that they be given leave to file Exhibits A and B marked confidential under seal to this Court for its use in consideration of Defendantsø Motion for Summary Judgment.

                                            Respectfully submitted,

                                            s/**Michael D. Bersani**
                                            MICHAEL D. BERSANI, Atty No. 06200897
                                            ANTHONY BECKNEK, Atty No. 06305451
                                            Attorneys for Defendants
                                            HERVAS, CONDON & BERSANI, P.C.
                                            333 W. Pierce Road, Suite 195
                                            Itasca, IL 60143-3156
                                            P: 630-773-4774   F: 630-773-4851
                                            mbersani@hcbattorneys.com
                                            abecknek@hcbattorneys.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEX D. MOGLIA, not individually but as Chapter 7 TRUSTEE of the Bankruptcy Estate of Phillip Negron, PHILLIP NEGRON, <br><br>Plaintiff, <br><br>v. <br><br>VILLAGE OF MELROSE PARK, JOHN SCATCHELL, Ind. Cap., SAM PITASSI, Ind. Cap., <br><br>Defendants. | Case No. 12 CV 3288 <br><br> Honorable Harry D. Leinenweber |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically filed the foregoing ***Defendants' Motion for Leave to File Exhibits Conventionally*** with the Clerk of the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**TO:** Christopher C. Cooper, Law Office of Christopher Cooper, 500 N. Michigan Ave., Suite 1514, Chicago, IL 60611.

Mr. David Sigale, Law Firm of David G. Sigale, P.C., 739 Roosevelt Road, Suite 304, Glen Ellyn, IL 60137.

Joshua Greene, Archer Bay, P.A., 1500 Eisenhower Lane, Suite 800, Lisle, IL 60532.

Elizabeth Bates, Thomas Springer, Springer Brown Covey Gaertner & Davis LLC, 400 S. County Farm Road, Suite 330, Wheaton, IL 60187.

> **s/ Michael D. Bersani**
> MICHAEL D. BERSANI, Atty No. 06200897
> ANTHONY G. BECKNEK, Atty No. 06305451
> Attorneys for Defendants
> HERVAS, CONDON & BERSANI, P.C.
> 333 W. Pierce Road, Suite 195
> Itasca, IL 60143-3156
> P: 630-773-4774  F: 630-773-4851
> mbersani@hcbattorneys.com
> abecknek@hcbattorneys.com

4